

*Home Health Care for someone you love...*

**In Nassau & Queens**
76 North Broadway, Hicksville, New York 11801
Phone: 516.822.2080 – Fax: 516.935.4217
**In Suffolk**
375 Deer Park Ave., Ste 1, Babylon, New York 11702
Phone: 631.587.3366 – Fax: 631.587.3397
Out of Town: 800.570.2080
e-mail: ginab@attentiveservices.com
www.attentivecareservices.com

## Attentive Care, Inc.
### SERVICE AGREEMENT- PRIVATE / INSURANCE

Client/Patient Name : Geraldine Iacovo

I understand that Attentive Care, Inc., herein called "*Attentive Care*", will strive to provide appropriate home health caregivers who meet my health care needs according to my physician's orders and nursing assessment. I hereby voluntarily consent and request the service of Attentive Services (PCA). The charge for this service is $27.10 per hour.

An advance payment equal to the cost of the first week of service is due at the start of services. The advance payment is $ 433.60. (This advance payment will be returned after the last week of service and all invoices are paid.) (Additional advance payments may be required if additional services become necessary.) ~~In addition, a Paraprofessional Assessment Fee of $90 or a Skilled Assessment Fee of $125 is due at the the start of services.~~ gi    Client Initials

1. I understand that Attentive Care employees must **not** dispense or administer medications, unless they are licensed nurses.

2. I understand that I may not advance cash or other valuables to *Attentive Care* personnel for any reason and I hereby waive my right to offset the amount or value of such cash or valuables against amounts owed to *Attentive Care*. Gift giving of any kind is not permitted.

3. I understand that *Attentive Care* employees may not operate automobiles, or other equipment without first obtaining WRITTEN consent from *Attentive Care*. It is acknowledged, understood and agreed that insurance furnished by *Attentive Care* does not cover physical loss, property loss or any injury or damage caused by, or in connection with, the operation of any Client's property, equipment or motor vehicles or any of *Attentive Care* employee's motor vehicles, by any of *Attentive Care's* employees. It is further agreed that the client shall accept full responsibility for bodily injury, property damage, fire, theft, collision or public liability damage claims while an *Attentive Care* employee is operating the Client's vehicle, or employee's vehicle, whether owned or rented.

4. Holidays/Overtime: All overtime (over 40 hours a week), for a specific employee shall be billed at 1.5 times the Hourly Rate or Live-in Rate in effect at the time. Holiday rates are charged starting the evening before the holiday for 24 hours. We provide care during holidays of New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, and Christmas Day.

5. Non-Solicitation Agreement: In consideration of the furnishing of services by *Attentive Care*, I will not employ or attempt to employ any *Attentive Care* employee now and for a period of one hundred and twenty (120) days, following the completion of services to me or termination of this agreement by either party. In the event this consideration is violated, I shall pay to *Attentive Care*, upon demand, the sum of fifteen thousand dollars ($15,000) as a conversion fee. In the event of a

violation of this Non-Solicitation Agreement I agree to pay all *Attentive Care's* attorney's fees, disbursement and costs resulting there from.

6. Release of Information: I authorize information in my medical record to be released to authorized representatives of Medicaid, HMSA or other medical insurance carrier for use in determining home health care benefits payable to Attentive Care on my behalf. I authorize any hospital, nursing home, physician's office or other health facility where I have been a patient to disclose any part or all of my medical record to Attentive Care. I authorize the release of medical and other related information to social/health care agencies and medical equipment/supply vendors whose services may be required in conjunction with services provided by Attentive Care.

7. Our employees are not allowed to keep in their possession cash, credit cards, debit cards, bank cards checks or other valuables belonging to you. Any violations of these matters should be reported to *Attentive Care* with proof of the allegation. We do not pay claims which are referred to our bonding company for final determination.

8. Payment Terms and Unconditional Guarantee: I hereby assign all medical and/or surgical benefits to include major medical benefits to which I am entitled, including Medicaid, no-fault benefits, private insurance, Health Maintenance Organizations, Long Term Care Insurance benefits and all other health plans to: *Attentive Care, Inc.* I understand that *acceptance* of this assignment of benefits by Attentive Care does not guarantee payment. Payment is due upon receipt of invoice as indicated in this Service Agreement.

9. In the event Attentive Care does not have a caregiver available at any time, my co-signer, or myself, will be responsible for making arrangements for care until a caregiver is available.

10. I have received and understand *Attentive Care's* written information in a "Client Bill of Rights" explaining grievance procedure. I have also received and understand the written information regarding Client Bill of Rights, Client Bill of Responsibilities, Advance Directive Information, Notice of Privacy Practices (HIPPA) and a current Service Rate sheet.

11. I hereby absolutely and unconditionally guarantee to *Attentive Care, Inc.* the prompt payment when due of any and all past and future invoices. . I understand I am fully financially responsible for any and all charges incurred in the course of treatment services rendered and shall pay weekly invoices upon receipt. Any balance not paid within fifteen (15) days upon receipt of invoice shall be subject to a late fee of thirty dollars ($30) and 1.5% per month finance charge (ANNUAL PERCENTAGE RATE OF 18%) or the maximum legal interest rate. In the event of default, if the account is referred to an attorney for collection, I agree to pay an additional charge for all collection costs, including reasonable attorney's fees.

*****************************************************************************************

I understand and accept the terms of this agreement as set forth above.

Client Signature: [signature]   Date: 1/24/2021   SS# REDACTED
Print Client Name: Geraldine Iacovo   Date of Birth: REDACTED
Home Phone REDACTED   Best time to call
Address 733 Myrtle Ave.   City West Islip   State NY   Zip 11795
Own ☐   Rent ✔   Email Address: REDACTED

Page 2 of 3   Client Initials gi

**AND**

Today's Date 1/24/2021

Authorized Personal
Representative Signature: *[signature]* Relation to Client: Daughter POA
Print Name: Theresa Iacovo  S: REDACTED  Date of Birth: REDACTED
Home Phone: REDACTED  Best time to call _____
Address: 180 Travis St  City: Lindenhurst  State: NY  Zip: 11757
Own ☐  Rent ✔  Email Address: REDACTED
Drivers License#: REDACTED  State: NY

In the event the authorized Personal Representative person above becomes incapacitated, or fails to pay upon receipt of invoice within fifteen (15) days, co-signer/guarantor accepts responsibility for prompt payment of services rendered. I also understand and accept the terms and conditions set forth above.

**This is a Guarantee of Payment:**

I hereby absolutely and unconditionally guarantee to *Attentive Care, Inc.* the prompt payment when due of any and all past and future invoices. It is further agreed that invoices are payable upon receipt. Any balance not paid within fifteen (15) days upon receipt of invoice shall be subject to a late fee of thirty dollars ($30) and 1.5% per month finance charge (ANNUAL PERCENTAGE RATE OF 18%) or the maximum legal interest rate. I understand and accept the terms of this agreement as set forth above.

Today's Date _____

Signature of Co-signer/
Guarantor: _____  Relation to Client: _____
Print Name: _____  SS# _____  Date of Birth: _____
Home Phone # _____  Cell Phone # _____  Best time to call _____
Address _____  City _____  State _____  Zip _____
Own ☐  Rent ☐  Email Address: _____
Drivers License# _____  State _____
Note: _____

A copy of a document authorizing the Co-signer/Guarantor, (Power of Attorney, Court Order Appointing Guardian, etc.) must be attached hereto and made part hereof.

Attentive Care, Inc.

Signature By: _____  Date _____
_____
Printed Name of Attentive Care Representative

c. Attentive Care 9/91 Pri/Ins
r.2/03,4/03,10/03,10/05,08/08,09/08,5/09,7/09,08/09,6/10,11/10,1/11,1/12,8/13,10/13,12/14,10/15, 3/17  1HB

Page 3 of 3  Client Initials gi