# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., 26TH FLOOR  
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.CO  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

August 4, 2025

<u>VIA ECF</u>  
The Hon. Arlene R. Lindsay  
United States District Court  
Eastern District of New York  
814 Federal Plaza  
Central Islip, New York 11722-4451

**Re:** **Joint Status Letter on Mediation.**  
*Iacovo v. Magguilli Law Firm, PLLC et al.*, **No. 2:24-cv-04372-ARL**

Dear Judge Lindsay:

This firm, along with Legal Services of Long Island, ("LSLI") f/k/a Nassau Suffolk Law Services Committee, Inc. represents Plaintiff Theresa Iacovo in the above-entitled action.

Pursuant to the May 19, 2025 Initial Conference Order [Dkt. No. 29], the Parties submit this Joint Letter advising the Court they have chosen to participate with a private mediator, specifically Joseph DiBenedetto.

The Parties will promptly inform the Court of the result of the mediation.

Respectfully submitted,

/s/  
Ahmad Keshavarz