**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
**THERESA IACOVO,**                                    **Case No.: 2:24-cv-04372-NCM-ARL**
                                    **Plaintiff,**
                    **- against-**

**MAGGUILLI LAW FIRM, PLLC, and**
**LAWRENCE P. MAGGUILLI,**
                                    **Defendants.**
--------------------------------------------------------------------X

**NOTICE OF MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT**

**PLEASE TAKE NOTICE**, that upon the accompanying memorandum of law, and upon all prior pleadings and proceedings had herein, Plaintiff THERESA IACOVO, by her attorneys, THE LAW OFFICE OF AHMAD KESHAVARZ and LEGAL SERVICES OF LONG ISLAND, hereby move this Court before the Honorable Natasha C. Merle, U.S.D.J., at the Courthouse located at 225 Cadman Plaza E., Brooklyn, NY 11201, at the date and time determined by the Court, for an Order granting Plaintiff THERESA IACOVO leave to amend her Complaint, pursuant to Fed. R. Civ. Pro. § 15(a)(2) and for such other and further relief as the Court deems just and proper.

Respectfully,

/s/

Ahmad Keshavarz, Esq.
*Co-Counsel for Plaintiff-Movant Theresa Iacovo*
The Law Office Of Ahmad Keshavarz
16 Court St, 26th Floor
Brooklyn, NY 11241

Maria DeGennaro, Esq.
Legal Services of Long Island
1757 Veterans Highway, Suite 50
Islandia, NY 11749
(631) 232-2489
*Co-Counsel for Plaintiff-Movant Theresa Iacovo*

*To: All parties via ECF*

Date:  October 14, 2025
Brooklyn, NY