UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

THERESA IACOVO,

                                                          Case No. 2:24-cv-4372-NCM-ARL

                   Plaintiff,

-against-

MAGGUILLI LAW FIRM, PLLC, and
LAWRENCE P. MAGGUILLI,

                   Defendants.

-----------------------------------------------------------------------X

## AGREED ORDER OF DISMISSAL

    Plaintiff, THERESA IACOVO, hereby voluntarily dismisses this action against Defendants MAGGUILLI LAW FIRM, PLLC and LAWRENCE P. MAGGUILLI, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P. 41(a)(2). Said Parties request that the Court retain jurisdiction to enforce the terms of the settlement between said parties.

    An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

**SO ORDERED** this _____ day of _____, 2025.

_____
Hon. Natasha C. Merle
District Judge

AGREED BY:

Plaintiff THERESA IACOVO

By: _____
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz

Defendants MAGGUILLI LAW FIRM, PLLC and LAWRENCE P. MAGGUILLI

By: _____
Asher Kest
Furman Kornfeld & Brennan LLP